FILED
October 20, 2026 3:04PM
Date Time
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:26-cr-341-JSM-AAS

18 U.S.C. § 922(g)(1)
(Possession of a Firearm or Ammunition by a Convicted Felon)
18 U.S.C. § 922(a)(6)
(False Statement to a Firearm Dealer)

TARVIN LENARD MARTIN, JR. and
TOLA LA TRELL MANN, JR.

**INDICTMENT**

SEALED

The Grand Jury charges:

**COUNT ONE**
**(Possession of a Firearm or Ammunition by a Convicted Felon)**

On or about May 3, 2026, in the Middle District of Florida, the defendant,

TARVIN LENARD MARTIN, JR.,

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including the following offenses, which, except for the Robbery (Weapon) and Aggravated Battery (Deadly Weapon), were committed on occasions different from one another:

1. Robbery (Weapon), on or about February 26, 2007
2. Aggravated Battery (Deadly Weapon), on or about February 26, 2007
3. Robbery, on or about February 26, 2007
4. Battery on a Detained Person, on or about February 26, 2007

5. Possession of a Firearm by a Convicted Felon, on or about April 9, 2013

6. Aggravated Assault on a Law Enforcement Officer, on or about April 9, 2013,

did knowingly possess, in and affecting interstate commerce, a firearm and ammunition, that is, a Smith & Wesson firearm and Hornady ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(e).

**COUNT TWO**
**(False Statement to a Firearm Dealer)**

On or about March 13, 2026, in the Middle District of Florida, the defendant,

TOLA LA TRELL MANN, JR.,

in connection with the acquisition of a Smith & Wesson firearm from Academy Sports + Outdoors, a federally licensed firearm dealer, did knowingly make the following false and fictitious written statement intended and likely to deceive such dealer with respect to a fact material to the lawfulness of the sale under the provisions of Title 18, United States Code, Chapter 44, to wit: answering "Yes" to question 21.a. on ATF Form 4473 which asks, "Are you the actual transferee/buyer of all of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)?," when in fact the defendant knew he was buying the firearm on behalf of someone else.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## FORFEITURE

1. The allegations contained in Counts One and Two are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 922(g) or 18 U.S.C. § 922(a), the defendants shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. The property to be forfeited includes, but is not limited to, the following: a Smith & Wesson, model SD40 2.0, .40 caliber pistol, bearing serial number ENS5141 and nine rounds of Hornady .40 S&W caliber ammunition.

4. If any of the property described above, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

[redacted]

Foreperson

GREGORY W. KEHOE
United States Attorney

By: ______________________________
Mark E. Andreu
Assistant United States Attorney

By: ______________________________
Diego F. Novaes
Assistant United States Attorney
Deputy Chief, Violent Crimes & Racketeering

FORM OBD-34
October 26

No. 8:26-cr-341-JSM-AAS

UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

TARVIN LENARD MARTIN, JR. and
TOLA LA TRELL MANN, JR.

INDICTMENT

Violations: 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 922(a)(6)

A true bill,

[redacted]

Foreperson

Filed in open court this 20th day

of October, 2026.

Clerk

JEREMIAH SMITH

Bail $____________________

GPO 863