**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**HONORABLE ANTHONY E. PORCELLI**

| | |
|---|---|
| **CASE NO.** 8:26-cr-00341-JSM-AAS | **DATE:** 10/22/2026 |
| **TITLE:** USA v. Tarvin Lenard Martin, Jr. | |
| **START & END TIME:** 2:44 p.m. – 2:59 p.m. | **TOTAL TIME:** 15 minutes |
| **Courtroom Deputy:** Octavia Jarnegan | **Pretrial/Prob.:** Paul Kelly |
| **Court Reporter:** Digital | **Courtroom:** 10A |
| **Counsel for Plaintiff(s):** Mark Andreu, AUSA | |
| **Counsel for Defendant(s):** Regine Etienne, AFPD | |

**CLERK'S MINUTES**
**Initial Appearance/ Detention/Arraignment**

Case called and appearances were made by the parties.

The defendant is advised of their rights.

An inquiry as to competency is conducted by the Court.

Defendant's request for appointment of counsel is GRANTED. The Federal Public Defender is appointed based on the defendant's financial affidavit.

The Government summarized allegations and penalties.

The Government moves for detention. The Defendant moves for release. The Government presents oral arguments. The Defense presents oral arguments.
The Court GRANTS the Government's motion.

Court advises of charges contained in Indictment. Defendant waives full and formal reading, enters a plea of not guilty and moves to participate in discovery. Government moves for reciprocal discovery.

This matter is set for the December 2026 trial term commencing on November 30, 2026, before Judge Moody. Status reports are due on the 10th of every month before Judge Moody.

Due Process Act Notice is pronounced by the Court.

Court is adjourned.