UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. Case No. 8:26-cr-341-JSM-AAS

TARVIN LENARD MARTIN, JR.
______________________________/

**ORDER OF DETENTION PENDING TRIAL**

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held on October 22, 2026. I conclude that the following facts require the detention of the Defendant pending trial in this case.

The Defendant is charged in the Indictment for possession of a firearm by a career criminal, in violation of 18 U.S.C. §§ 922(g)(1) and 924(e). The United States requested that the Defendant be detained pending the outcome of the instant case relying upon the statutory factors.

The United States requested, pursuant to 18 U.S.C. § 3142(f)(1), that the Defendant be detained pending the outcome of the instant case as a serious risk of flight and a danger to the community. The Defendant requested the Court impose conditions of release.

In light of the credible information submitted by the United States, I am satisfied by clear and convincing evidence that there are no conditions available to the Court that will assure that the Defendant is not a risk of flight or a danger to the community. As stated during the hearing, given the nature of the charged offenses, strength of the

United States' case, and most significantly, the Defendant's criminal history, the Court finds that there are no conditions available at this time to ensure that the Defendant would not be a risk of flight or a danger to the community should he be released. Accordingly, the Defendant is ordered **DETAINED**.

The Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On Order of a Court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**DONE and ORDERED** in Tampa, Florida this 23rd day of October 2026.

ANTHONY E. PORCELLI
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Pretrial Services
U.S. Marshal