UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:26-cr-341-JSM-AAS

TARVIN LENARD MARTIN, JR. and
TOLA LA TRELL MANN, JR.

**GOVERNMENT'S STATUS REPORT**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report. The United States herein states as follows:

1. **Brief summary of the status of the case and number of remaining defendants:**

Both defendants were indicted on October 20, 2026. Martin is charged in count one with possession of a firearm by a convicted felon. Mann is charged in count two with false statement to a firearm dealer. On October 23, 2026, Martin was ordered detained pending trial. On October 30, 2026, Mann was released on bond pending trial. Discovery has been provided to both defendants.

2. **Possibility of a plea agreement as to each defendant:**

The likelihood of plea agreements is unknown.

3. **Number of days required for trial:**

If this case were to proceed to trial, the parties agree it would take approximately two days to try.

4. **Pending motions:**

There are no pending motions. However, the defendants will likely move to have the trial continued so they may further review discovery.

5. **Potential speedy trial problems:**

None.

The United States has consulted with counsel for the defendants herein and all parties agree to the above information.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/ Mark E. Andreu*

Mark E. Andreu
Assistant United States Attorney
Florida Bar No. 85703
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Mark.Andreu@usdoj.gov

**U.S. v. Martin, et al.** **Case No. 8:26-cr-341-JSM-AAS**

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Summer Goldman, Esq.
Ryan Maguire, Esq.

By: *<u>/s/ Mark E. Andreu</u>*

Mark E. Andreu
Assistant United States Attorney
Florida Bar No. 85703
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Mark.Andreu@usdoj.gov