**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

**v.** **Case No. 8:26-cr-341-JSM-AAS**

**TARVIN LENARD MARTIN.**
_______________________________________ /

**UNOPPOSED MOTION TO CONTINUE TRIAL TERM AND EXTEND PRETRIAL MOTIONS DEADLINE**

Mr. Tarvin Lenard Martin, by and through undersigned counsel and pursuant to Local Rule 3.08, moves this Court to continue trial term set December 2026, by 2 cycles, and to extend the pretrial motion deadline by thirty (30) days. The government is not opposed to this request. As grounds in support thereof, Mr. Martin states:

1. Mr. Tarvin Lenard Martin is charged with a One-Count Indictment with Possession of a Firearm or Ammunition by a Convicted Felon in violation of 18 U.S.C. § 922(g)(l). Doc. 1.
2. Mr. Martin had his initial Appearance and Arraignment on October 22, 2026, before Honorable Judge Anthony E. Porcelli, whereafter he was remanded to the USMS Custody. Doc. 14.
3. This Court has set this matter for December 2026 trial term, which commences on November 30, 2026, and Status reports are due on

the 10th of every month with motion attacking indictment or bill of particulars deadline set within fifteen **(15)** (days) of the arraignment, November 4, 2026, and motions to suppress to be filed no later than thirty **(30)** days, November 19, 2026, of the date of the arraignment. Docs. 14 and 30.

4. This is the first continuance requested in this matter.
5. Defense is seeking continuance to February 2027 trial term as additional time is required to review and discuss discovery material with Mr. Martin as well as negotiate with the government.
6. Undersigned has conferred with Assistant United States Attorney Mark Andreu, who has advised that the government does not oppose the relief sought in this motion.
7. Mr. Martin is in agreement with this motion and waives his speedy trial through March 31, 2027.

**MEMORANDUM OF LAW**

Local Rule 3.08 states that a party must timely move for a continuance and explain the reason a continuance is justified and the effort to resolve any scheduling conflict. Mr. Martin argues that this motion

satisfies the criteria of the local rule. This request is made in good faith, in the interest of justice, and not to unnecessarily delay the proceedings.

WHEREFORE, the Defendant, Mr. Tarvin Lenard Martin, respectfully requests this Honorable Court to make a proper finding that the ends of justice served by a continuance outweigh the best interests of the public and Mr. Martin in a speedy trial and enter an Order continuing the trial term to the February 2027 trial term and to extend pretrial motions deadline by thirty (30) days.

DATED this 18th day of November 2026.

Respectfully submitted,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

*/s/ Ryan J. Maguire*
Ryan J. Maguire
Assistant Federal Public Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of November 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Mark Andreu, AUSA

*/s/ Ryan J. Maguire*
Ryan J. Maguire
Assistant Federal Public Defender