**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v. CASE NO: 8:26-cr-341-JSM-AAS

TARVIN LENARD MARTIN, JR.
and TOLA LA TRELL MANN, JR.

---

**ORDER**

THIS CAUSE comes before the Court upon Defendants' Unopposed Motions to Continue Trial (Dkts. 32, 35). This case is currently set on the December 2026 trial term. For the reasons put forth in the Motions, the parties request a continuance to the February 2027 trial term. Upon review and consideration it is

ORDERED AND ADJUDGED that:

1. Said Motions for Continuance of Trial is GRANTED.

2. This case is placed on the **FEBRUARY 2027** trial docket. The Court finds the ends of justice served by the continuance to allow the Defendants more time to prepare outweighs the best interest of the public and the Defendants in a speedy trial. The time of the continuance is excluded from the speedy trial calculation.

3. The request for a thirty (30) day extension of the pre-trial motions filing deadline is granted, and the deadline is extended to December 21, 2026.

4. Defendant Mann, Jr. has filed a separate Waiver of Speedy Trial through and including February 28, 2027 (Dkt. 33). Defendant Martin, Jr. is directed to file a separate Waiver of Speedy Trial through and including March 31, 2027, as indicated in his Motion (Dkt. 35), by December 7, 2026.

5. The parties shall continue to file a JOINT STATUS REPORT on or before the tenth day of each month.

**DONE** and **ORDERED** in Tampa, Florida, this 19th day of November, 2026.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record